## MARY S. MEEHAN *v.* TIMOTHY MEEHAN

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 107 (AC 13300), is denied.

*Reuben S. Midler*, in support of the petition.

Decided April 1, 1996

## MAX JAVIT ET AL. *v.* MARSHALL'S, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 40 Conn. App. 261 (AC 13445), is denied.

*Robert P. Dolian*, *William H. Bright*  and *John P. McKinney*, in support of the petition.

*Peter B. Rustin*, in opposition.

Decided April 1, 1996

## SHAWMUT BANK CONNECTICUT, N.A. *v.* CONNECTICUT LIMOUSINE SERVICE, INC.

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 268 (AC 13812), is denied.

*Rodger C. Boe*, in support of the petition.

Decided April 1, 1996